FILED

2012 DEC 21 PM 12: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1  KELLEY DRYE & WARREN LLP
   Michael J. O'Connor (STATE BAR NO. 90017)
2  Sarah L. Cronin (STATE BAR NO. 252624)
   Joshua M. Keesan (STATE BAR NO. 266771)
3  10100 Santa Monica Boulevard, Twenty-Third Floor
   Los Angeles, California 90067-4008
4  Telephone: (310) 712-6100
   Facsimile: (310) 712-6199
5  moconnor@kelleydrye.com
   scronin@kelleydrye.com
6  jkeesan@kelleydrye.com

7  Attorneys for Plaintiffs
   NZK PRODUCTIONS INC. and
8  HORIZON ALTERNATIVE
   TELEVISION INC.

9

10                UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  NZK PRODUCTIONS INC., a           CASE NO. CV12-10887-JAK
    California corporation, and                          (FFMx)
14  HORIZON ALTERNATIVE
    TELEVISION INC., a Delaware       COMPLAINT FOR:
15  corporation.
                                      (1) INTENTIONAL INTERFERENCE
16          Plaintiffs,                   WITH CONTRACTUAL
                                          RELATIONSHIP;
17      v.
                                      (2) BREACH OF CONTRACT
18  STEPHEN CARBONE, an individual,
    REALITY STEVE, LLC, a Texas       DEMAND FOR JURY TRIAL
19  limited liability corporation, and DOES
    1 through 10, inclusive,
20
            Defendants.
21

22

23

24

25

26

27

28

308609.1
                              COMPLAINT

Plaintiffs NZK Productions Inc. and Horizon Alternative Television Inc. (collectively "Plaintiffs") allege against Defendants Stephen Carbone, Reality Steve, LLC, and Does 1 through 10, inclusive, (collectively, "Defendants"), as follows:

## SUMMARY OF THE ACTION

1. *The Bachelor* is a successful reality television show that debuted in 2002. Each season of *The Bachelor* revolves around a single bachelor looking for love. Over the course of the season, the women participants are typically eliminated in "rose ceremonies" held at the end of each episode. The circumstances surrounding how each of the women competing for the bachelor's affections are eliminated, their relationships, as well as the ultimate selection of the "winner," and whether and how the bachelor will propose marriage to the winner, comprise much of the show's dramatic appeal. *The Bachelorette* and *Bachelor Pad* are spin-offs of *The Bachelor*, and operate on a similar, elimination-style premise. The three series are referred to herein as *"The Bachelor Series"*.

2. *The Bachelor's* seventeenth season, featuring bachelor Sean Lowe, will premiere on ABC on January 7, 2013. Prior to the broadcast of the episodes that make up *The Bachelor's* seventeenth season, Defendants have, without authorization, permission, or license from the Plaintiffs, published updates and "spoilers" from episodes of *The Bachelor's* seventeenth season.

3. Defendants have utilized the unlawfully obtained confidential information to create a for-profit website (the "Website") that derives its value from revealing to the public through updates and spoilers not-yet-public details from episodes of *The Bachelor's* unaired seventeenth season.

4. Upon information and belief, Defendants obtained at least some of the confidential information from *The Bachelor's* upcoming seventeenth season, by contacting and soliciting information from participants, cast, crew and/or other employees of *The Bachelor Series* and by knowingly inducing them to breach their confidentiality obligations to Plaintiffs.

5. Defendants' actions in this regard were performed in breach of a settlement agreement entered into between NZK Productions Inc. and Horizon Alternative Television Inc., on the one hand, and Stephen Carbone and Reality Steve, LLC, on the other hand, dated as of May 31, 2012 (the "Settlement Agreement").

## JURISDICTION AND VENUE

6. Diversity of citizenship exists between the Plaintiffs and Defendants pursuant to 28 U.S.C. § 1332 and the matter in controversy exceeds, exclusive of interests, costs and attorneys' fees, $75,000.

7. Venue is proper in this district under 28 U.S.C. § 1391 in that Defendants purposefully directed their wrongful conduct at Plaintiffs, whom Defendants know to be residents of this state, and because a substantial part of the events giving rise to the causes of action alleged herein arose in this district.

## THE PARTIES

8. NZK Productions ("NZK") is a California corporation with its principal place of business in Burbank, California.

9. Horizon Alternative Television Inc. ("Horizon," and together with NZK, the "NZK Parties") is a Delaware corporation with its principal place of business in Burbank, California.

10. On information and belief, Defendant Stephen Carbone is an individual residing in the state of Texas.

11. On information and belief, Defendant Reality Steve, LLC is a Texas limited liability corporation and has two members: Defendant Stephen Carbone and Yea! Networks, LLC, a Nevada limited liability company, with its principal place of business in Texas, owned by a single individual residing in Texas.

12. Plaintiffs do not know the true names and capacities of Defendants sued in this Complaint as Doe 1 through Doe 10, inclusive, and thus sues these

///

Defendants by fictitious names. Plaintiffs will amend this Complaint to allege the true names and capacities of these Defendants when ascertained.

13. Plaintiffs are informed and believe that at all relevant times, each of the Defendants was the co-conspirator, alter ego, agent or principal, licensee or licensor, assignee or assignor, parent or subsidiary entity, or successor of the remaining Defendants, and in doing the things alleged, was acting within the course and scope of such conspiracy, agency, assignment, license, and/or relationship. In doing the things alleged in this Complaint, each Defendant was acting with the knowledge and consent of the other Defendants.

## GENERAL ALLEGATIONS

14. The highly successful elimination-style reality television show *The Bachelor* debuted in 2002. Each season of *The Bachelor* revolves around a single bachelor and a group of approximately 25 women vying for his affections, all of whom live together in the same house. Over the course of the season, the women are typically eliminated in "rose ceremonies" held at the end of each episode, however, in a dramatic twist, a contestant is sometimes eliminated prior to a rose ceremony. At the end of each season, the bachelor selects a winner who receives the final rose, and in some cases, a proposal of marriage from the bachelor. *The Bachelor's* seventeenth season, featuring bachelor Sean Lowe, will premiere on ABC on January 7, 2013.

15. All participants in *The Bachelor Series*, past and current, sign contracts with Plaintiffs that require them to maintain the confidentiality of all events that transpire on *The Bachelor Series* episodes prior to their broadcast. Each member of *The Bachelor Series'* cast and crew, as well as certain other employees, also sign contracts with confidentiality clauses that prevent them from divulging non-public information about any aspect of the episodes prior to their broadcast.

16. On information and belief, Defendant Reality Steve, LLC owns and operates the for-profit Website.

17. Beginning in September 2012, in an attempt to unlawfully capitalize on *The Bachelor's* seventeenth season, Defendants have published numerous updates and spoilers regarding *The Bachelor's* unaired seventeenth season on the Website. These updates and spoilers include non-public information regarding *The Bachelor* episodes prior to their broadcast.

18. Specifically, beginning on September 24, 2012, before any episodes of *The Bachelor's* seventeenth season were broadcast, Defendants began posting numerous specific non-public details of *The Bachelor's* forthcoming episodes in a series of blog posts that continue to this day. In increasingly vivid detail, these updates and spoilers have continued to reveal numerous not-yet-public details from *The Bachelor's* unaired seventeenth season.

19. For example, in a recent post from December 12, 2012, Defendants describe the unaired first five episodes of *The Bachelor* in considerable detail, with scene-by-scene, shot-by-shot descriptions. In prior posts on the Website, Defendants promise to reveal "everything" about the forthcoming season prior to the premiere on January 7, 2013.

20. Upon information and belief, Plaintiffs have obtained these confidential details by contacting and soliciting information from participants, cast, crew and/or other employees of *The Bachelor Series* and by inducing them to breach their confidentiality obligations to Plaintiffs.

21. Upon information and belief, Defendants were fully aware of the confidentially obligations binding the participants, cast, and crew members of *The Bachelor Series* when they sought to induce them to divulge non-public information about the show in breach of their contracts.

22. Upon information and belief, Defendants continue to seek confidential information from participants, cast, crew and other employees of *The Bachelor Series* and, in the course of doing so, continue to solicit and induce participants and

///

employees of *The Bachelor Series* to breach their contractual obligations to Plaintiffs.

23.  Upon information and belief, Defendants have publicly disclosed and posted confidential, non-public information that they obtained from participants, cast, crew, and/or other employees of *The Bachelor Series* in violation of their contracts on the Website.

24.  Defendants' actions in this regard were performed in breach of the Settlement Agreement entered into between the parties.

## FIRST CAUSE OF ACTION

### (For Intentional Interference with Contractual Relations)

### (Against All Defendants)

25.  Plaintiffs repeat and incorporate by reference the allegations in paragraphs 1 through 24 above as though fully stated herein.

26.  All former and current participants, cast, crew and employees of *The Bachelor Series* execute written contracts with Plaintiffs that include confidentiality provisions prohibiting the disclosure of non-public information about events that transpire in episodes of *The Bachelor Series* prior to their broadcast.

27.  Upon information and belief, at all relevant times, Defendants were aware that all participants, cast, crew and employees of *The Bachelor Series* execute contracts with Plaintiffs that include confidentiality provisions.

28.  Nonetheless, upon information and belief, Defendants have contacted current and former participants, cast, crew and employees of *The Bachelor Series* and asked them to provide confidential, non-public information regarding events that transpired in episodes of *The Bachelor Series* prior to their broadcasts.

29.  Upon information and belief, as a proximate result of Defendants' conduct, various participant, cast, crew members and/or other employees have breached their confidentiality obligations to Plaintiffs by providing Defendants with confidential, non-public information regarding *The Bachelor Series* episodes, which

1 Defendants have publicly disclosed and posted on the Website. As a result of this conduct, Plaintiffs have suffered damages in an amount greater than $75,000.

30. Upon information and belief, the aforementioned acts of Defendants, and each of them, were willful, oppressive, fraudulent, and malicious. Plaintiffs are therefore entitled to punitive damages.

31. Upon information and belief, Defendants intend to continue interfering with Plaintiffs' contracts with participants, cast, crew members and other employees of *The Bachelor Series* in order to obtain and publicly disclose confidential information regarding events that transpire on *The Bachelor Series* episodes prior to their broadcast. Defendants' continuing interference with Plaintiffs' contract with participants, cast, crew and other employees of *The Bachelor Series* would cause Plaintiffs great and irreparable injury, for which damages would not afford adequate relief, in that they would not adequately compensate for the injury to Plaintiffs' reputation and good will, including their reputation and goodwill with ABC and other television show distributors who must rely on Plaintiffs to ensure that their shows' contents are not "spoiled" by pre-broadcast disclosure.

## SECOND CAUSE OF ACTION
### (For Breach of Settlement Agreement)
### (Against Defendants Stephen Carbone and Reality Steve, LLC)

32. Plaintiffs repeat and incorporate by reference the allegations in paragraphs 1 through 31 above as though fully stated herein.

33. In May 2012, Plaintiffs NZK Productions, Inc. and Horizon Alternative Television Inc. and Defendants entered into a contract dated as of May 31, 2012 (the "Settlement Agreement"), pursuant to which Defendants agreed, for a period of five years from the date of the Settlement Agreement, not to contact, directly or indirectly, any cast, crew, and/or other employees of a current or publicly-announced upcoming series of *The Bachelor*, *The Bachelorette*, or *Bachelor Pad* (collectively, "*The Bachelor Series*"). The parties further agreed that should

Defendants breach these obligations, Defendants "shall be strictly liable for damages in the amount of $10,000 per violation." Each individual improperly contacted by Defendants was agreed to constitute a separate breach of the Settlement Agreement.

34. Plaintiffs at all times fulfilled all conditions, covenants, and promises they were required to perform under the Settlement Agreement, except to the extent that such obligations were excused.

35. Upon information and belief, Defendants have breached the Settlement Agreement by initiating contact, directly or indirectly, with either cast, crew, or other employees of *The Bachelor Series* concerning non-public details of *The Bachelor Series*, or by offering or paying financial inducement for non-public details of *The Bachelor Series* from cast, crew, or other employees of *The Bachelor Series* by whom Defendants were contacted. Upon information and belief, the information posted by Defendants on the Website was obtained in breach of the Settlement Agreement.

36. As a direct and proximate result of Defendants' breaches of the Settlement Agreement, Plaintiffs have incurred damages in excess of the jurisdictional minimum of this court, the exact amount of which will be determined according to proof at trial.

37. The Settlement Agreement entered into between the parties provides for attorneys' fees and costs incurred by Plaintiffs as a result of Defendants' breach.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs prays for the following relief:

1. As to the First Cause of Action, for an order requiring Defendants to show cause why they should not be enjoined as set forth below during the pendency of this action.

2. As to the First Cause of Action, for a preliminary injunction and a permanent injunction enjoining Defendants from interfering with Plaintiffs'

contracts and with participants and employees of *The Bachelor Series* episodes prior to their broadcast and by offering monetary inducements to participants and employees to disclose such information.

3. As to the Second Cause of Action, that Defendants be held strictly liable for damages in the amount of $10,000 per breach of the Settlement Agreement, in accordance with the terms of the Settlement Agreement;

4. As to the Second Cause of Action, for attorneys' fees and costs incurred by Plaintiffs as a result of Defendants' breach of the Settlement Agreement;

5. For prejudgment interest on all sums awarded;

6. For general and special damages;

7. For exemplary and punitive damages;

8. For the costs of this action; and

9. For such further legal or equitable relief the Court deems proper.

DATED: December 21, 2012        KELLEY DRYE & WARREN LLP
                                Michael J. O'Connor
                                Sarah L. Cronin
                                Joshua M. Keesan


By _____/s/ Michael J. O'Connor_____
        Michael J. O'Connor
Attorneys for Plaintiffs NZK Productions Inc.
and Horizon Alternative Television Inc.

## JURY TRIAL DEMAND

Plaintiffs request a jury trial.

DATED: December 21, 2012

KELLEY DRYE & WARREN LLP
Michael J. O'Connor
Sarah L. Cronin
Joshua M. Keesan


By _____*/s/ Michael J. O'Connor*_____
    Michael J. O'Connor
Attorneys for Plaintiffs NZK Productions Inc.
and Horizon Alternative Television Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John Kronstadt and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

**CV12- 10887 JAK (FFMx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**ORIGINAL**

KELLEY DRYE & WARREN LLP
MICHAEL J. O'CONNOR (SBN 90017)
moconnor@kelleydrye.com
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Tel.: (310) 712-6100; Fax: (310) 712-6199

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation,<br>PLAINTIFF(S)<br>v.<br>STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive,<br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-10887-JAK (FFMx)<br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Michael J. O'Connor_, whose address is _Kelley Drye & Warren LLP, 10100 Santa Monica Blvd., 23rd Fl., Los Angeles, CA 90067_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: DEC 21 2012         By: _____
                                 Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation | STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| KELLEY DRYE & WARREN LLP<br>10100 Santa Monica Boulevard, 23rd Floor<br>Los Angeles, CA 90067-4008   Tel.: (310) 712-6100 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant  ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ At least $75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of Contract; Intentional Interference with Contractual Relations

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: CV12-10887

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): CV11-10118-GHK(Ex)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Delaware |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Texas<br>Nevada |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_   Date  12-21-12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |