KELLEY DRYE & WARREN LLP
  Michael J. O'Connor (STATE BAR NO. 90017)
  Sarah L. Cronin (STATE BAR NO. 252624)
  Joshua M. Keesan (STATE BAR NO. 266771)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
moconnor@kelleydrye.com
scronin@kelleydrye.com
jkeesan@kelleydrye.com

Attorneys for Plaintiffs
NZK PRODUCTIONS INC. and
HORIZON ALTERNATIVE
TELEVISION INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12-10887 GHK (Ex)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

LA01\CronS\500530.1

CV12-10887 GHK (Ex)

NOTICE OF VOLUNTARY DISMISSAL

1     NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil
2  Procedure 41(a), Plaintiffs NZK Productions Inc. and Horizon Alternative
3  Television Inc. voluntarily dismiss the above-captioned action with prejudice.

4
5  DATED:  March 25, 2013          KELLEY DRYE & WARREN LLP
                                   Michael J. O'Connor
6                                  Sarah L. Cronin
7                                  Joshua M. Keesan

8                                  By  /s/ Sarah L. Cronin
9                                       Sarah L. Cronin
                                   Attorneys for Plaintiffs NZK Productions Inc.
10                                 and Horizon Alternative Television Inc.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28